**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01971-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

TODD B. SHARON,

      Applicant,

v.

[NO NAMED RESPONDENTS],

      Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

On September 10, 2015, Todd B. Sharon submitted to the Court a Letter, ECF No. 2, and a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action, ECF No. 1.  Applicant states in the Letter that he is "filing this § 1915 in order to get a docketed case number for a state habeas corpus action."  Applicant, however, does not indicate if he intends to proceed with this action; he also does not state what type of habeas action he intends to file, either a 28 U.S.C. § 2254 action or a 28 U.S.C. § 2241 action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    ___      is not submitted
(2)    ___      is missing affidavit
(3)    ___      is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)    ___      is missing certificate showing current balance in prison account
(5)    ___      is missing required financial information
(6)    ___      is missing authorization to calculate and disburse filing fee payments
(7)    ___      is missing an original signature by the prisoner
(8)    ___      is not on proper form
(9)    ___      names in caption do not match names in caption of complaint, petition or habeas application
(10)   _X_      other: The account statement is not certified by a proper official of the institution where Applicant is confined.

**Complaint, Petition or Application**:
(11)   ___      is not submitted
(12)   _X_      is not on proper form
(13)   ___      is missing an original signature by the prisoner
(14)   ___      is missing page nos. ___
(15)   ___      uses et al. instead of listing all parties in caption
(16)   ___      names in caption do not match names in text
(17)   ___      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___      other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the proper forms, depending on the type of habeas action Applicant intends to file  (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Applicant must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED September 15, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge