**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01971-GPG

TODD B. SHARON,

    Applicant,

v.

[NO NAMED RESPONDENTS],

    Respondents.

---

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On November 9, 2015, Applicant filed a Letter, ECF No. 10, a Motion Delegating Parties, ECF No. 9, and a second Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 8.

    Applicant has been told twice, once in the September 15, 2015 Order to Cure Deficiencies and again in the October 21, 2015 Minute Order that he is required to submit his claims on a proper Court-approved form used in filing 28 U.S.C. § 2254 actions. He has failed to do so. The Court granted Applicant a thirty day extension in the October 21, 2015 Minute Order to file his claims on a proper Court-approved form. The Court's direction was explicit and clearly understandable that he is required to submit his claims on a proper Court-approved form used in filing 28 U.S.C. § 2254 actions and limit the Application to thirty pages. Applicant, however, has ignored the Court's direction so far and has failed to submit his claims on a Court-approved form. No further extensions will be granted for Applicant to comply with the September 15 Order to Cure Deficiencies. Applicant is required to submit his claims on a Court-approved form used in filing 28 U.S.C. § 2254 actions by November 20, 2015. If Applicant fails to comply within the time allowed the action will be dismissed without further notice.

    The Motion Delegating Parties, ECF No. 9, is denied. Applicant is directed to name the proper respondents on the Court-approved form, when he submits the completed form as he has been directed to do. The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 8, is denied as repetitive, and the Motion and Affidavit for Leave to Proceed on Appeal, ECF No. 5, is denied as improperly filed in this action at this time.

Dated:  November 10, 2015